United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

Plaintiff,

v.

VINEYARD CONCORD, L.P., et al.,

Defendants.

Case No. 18-cv-02181-MMC

**ORDER DECLINING TO APPROVE STIPULATION TO ALLOW TELEPHONIC APPEARANCE BY ALL PARTIES AND COUNSEL AT GENERAL ORDER 56 MEET AND CONFER**

Re: Dkt. No. 35

Before the Court is the parties' "Stipulation to Allow Telephonic Appearance by All Parties and Counsel at General Order 56 Meet and Confer," filed December 6, 2018, by which filing the parties agree to conduct the Meet and Confer, scheduled for December 7, 2018, telephonically rather than in accordance with General Order 56, which requires the parties and their counsel to meet "in person." See Gen. Order 56 ¶ 4.

The Court hereby DECLINES to approve the stipulation, for the reason that it is untimely, lacks a showing of good cause, and is unsigned.

Accordingly, the parties are hereby DIRECTED to reschedule the Meet and Confer for a date no later than January 25, 2019. All parties and their counsel are required to attend.

If any party or any attorney seeks to appear telephonically at said meeting, such request shall be presented by way of an administrative motion, filed no later than 14

days before the scheduled meeting and upon a showing of good cause.  Any response thereto shall be filed no later than 4 days thereafter.  <u>See</u> Civ. L.R. 7-11(b) (providing any response to motion for administrative relief "must be filed no later than 4 days after the motion has been filed").

**IT IS SO ORDERED.**

Dated: December 10, 2018



MAXINE M. CHESNEY
United States District Judge